**Corrected Order filed December 16, 2021.**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-21-00283-CR**

———————

**RANDY  R.  JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 21st District Court
Washington County, Texas
Trial Court Cause No. 17,142**

## CORRECTED ORDER

Appellant is represented by retained counsel, Mile DeGuerin. Appellant's brief was originally due September 22, 2021. We have granted a total of 90 days to file appellant's brief until December 13, 2021. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed by the due date.

We order Mike DeGuerin to file a brief with the clerk of this court on or before **January 14, 2022**. If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of other appropriate relief.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.